UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HIMC CORPORATION, a Washington corporation,

    Plaintiff,

v.

PREM RAMCHANDANI, *et al.*,

    Defendants.

Case No. C07-5342FDB

ORDER GRANTING MOTION TO EXTEND TIME FOR RULE 56 MOTIONS AND TO RESCHEDULE TRIAL

Plaintiff moves to extend time for filing motions because of complications from the delays in taking depositions and receiving the transcripts, as set forth in the motion. Plaintiff suggests that the motions cut-off date of October 16, 2008 (three weeks past the September 28, 2008 discovery cut-off date) would be helpful to all parties. The dates in the May 5, 2008 scheduling order should also be revised to better coordinate with the new motions' cut-off date. Thus, Plaintiff also moves to reschedule the trial date, now set for December 1, 2008. Plaintiff suggests that a new trial date be rescheduled January 12, 2009 or February 9, 2009.

Accordingly, for good cause shown, and there being no opposition filed by Defendants, Plaintiff's motion to extend time and to reschedule trial date will be granted.

NOW, THEREFORE,

ORDER - 1

IT IS ORDERED:

1. The motion cut-off date is continued to October 16, 2008.

2. The Clerk of the Court shall strike the current December 1, 2008 trial date and set this matter for trial on February 9, 2008 (or other more convenient date in that proximity) and issue a minute order with corresponding action dates for pretrial orders, etc.

DATED this 2nd day of October 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2