UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HIMC CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PREM RAMCHANDANI and Jane Doe Ramchandani; SHAI BAR LAVI and ANNA SACHS BAR-LAVI; AVI SIVAN and Jane Doe Sivan; AVRAHAM OVAIDIA and Jane Doe Ovaidia; and FIDELITY TRANSFER CO., a Nevada corporation,<br><br>    Defendants. | Case No. C07-5342FDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO RESCHEDULE HEARING DATE ON DEFENDANTS' SUMMARY JUDGMENT MOTION |

Pending in this case are summary judgment motions filed by Defendants (noted for October 31, 2008) and by Plaintiff (noted for November 7, 2007). Plaintiff moves to reschedule the hearing date on Defendant's summary judgment motion in order that both motions may be heard together, as they are interrelated. Plaintiff's motion is well taken. ACCORDINGLY,

IT IS ORDERED: Plaintiff's Motion To Reschedule Hearing Date on Defendants' Summary Judgment Motion [Dkt # 95] is GRANTED, and Defendants' motion is RENOTED to November 7, 2007 allowing the Court to consider both motions together.

DATED this 17th day of October, 2008.

                                              FRANKLIN D. BURGESS
                                              UNITED STATES DISTRICT JUDGE

ORDER - 1