UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HIMC CORPORATION, a Washington corporation, | |
| Plaintiff, | Case No. C07-5342FDB |
| v. | ORDER DENYING INDIVIDUAL DEFENDANTS' MOTION FOR STAY PENDING APPEAL |
| PREM RAMCHANDANI and Jane Doe Ramchandani; SHAI BAR LAVI and ANNA SACHS BAR-LAVI; AVI SIVAN and Jane Doe Sivan; AVRAHAM OVAIDIA and Jane Doe Ovaidia; and FIDELITY TRANSFER CO., a Nevada corporation, | |
| Defendants. | |

On November 25, 2008, the Court entered an order on cross-motions for summary judgment. The Order did not completely dispose of the case, because HIMC's cause of action against Fidelity Transfer Co. remains.

On November 26, 2008, the Individual Defendants filed notice of appeal, and on December 1, 2008, the Ninth Circuit Court of Appeals Clerk entered a time schedule order.

The Individual Defendants now move in this Court for a stay pending appeal to maintain the status quo, rather returning the HIMC stock certificates, which, the Individual Defendants argue, would render the appeal moot.

Plaintiff opposes the motion, first arguing that the motion was incorrectly noted for too short a time frame under the rules; that the Individual Defendants did not file a motion to request such relief prior to filing notice of appeal, which appeal divests this Court of jurisdiction to grant the requested relief; and that if the Court of Appeals were to vacate, reverse, or modify this Court's

ORDER - 1

1  Order, and if later the Individual Defendants were successful on one of their counterclaims, new

2  unrestricted securities could be issued, and the restricted securities would have to be surrendered in

3  any event.

4        The Individual Defendants motion lacks merit, and this Court concludes that the subject

5  restricted securities should be returned to HIMC by the Individual Defendants.  ACCORDINGLY,

6        IT IS ORDERED: The Individual Defendants' Motion for a Stay Pending Appeal (Dkt #

7  114) is DENIED.

8        DATED this 16th day of December, 2008.

9

10  _____
    FRANKLIN D. BURGESS
11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER - 2